UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY HOXIE,  Case No: 09-cv-10725

        Plaintiff,  Hon. George Caram Steeh
                                                Magistrate Judge: Mona K. Majzoub
v.

LIVINGSTON COUNTY, ET AL,

        Defendants

| | |
|---|---|
| Grant W. Parsons (P38214) | CHAPMAN AND ASSOCIATES, P.C. |
| Jennifer R. Berry (P67665) | Ronald W. Chapman (P37603) |
| Parsons Rinsmuth, PLC | Carly Van Thomme (P59706) |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 520 W. Union, P.O. Box 1710 | Sheryl Simpson, D.O., Only |
| Traverse City, MI 49685-1710 | 40950 N. Woodward Avenue, Suite 120 |
| (231) 929-3113 | Bloomfield Hills, MI 48304 |
| (231) 929-3113 | (248) 644-6326 |
| info@parsonsringsmuth.com | rchapman@chapmanlawfirmpc.com |
| jberry@parsonsringsmuth.com | cvanthomme@chapmanlawfirmpc.com |

T. Joseph Seward (P35095)
Cummings, McClorey, Davis & Acho, P.C.
Attorneys for Defendants
Livingston County, Robert Bezotte
Michael J. Murphy, Thomas Cremonte,
Matthew Hoffman, Matthew Young,
Cheryl Miks, Nichole Otten, Kasey Howe,
Gerard Boyer, York, Barry, Michael Cortez,
Jason Davis, Kirk Daniels, Dep. Jackson
33900 Schoolcraft, Suite G-1
Livonia, MI 48150-1392
(734) 261-2400
tjseward@cmda-law.com

**QUALIFIED PROTECTIVE ORDER PURSUANT TO HIPAA**

At a session of said Court held in the
United States Courthouse,
City of Detroit, State of Michigan
on September 27, 2010

PRESENT: HONORABLE GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

This matter having come before the Court on Defendant Sheryl Simpson, D.O.'s Motion for Qualified Protective Order Pursuant to HIPAA, and the Court being otherwise fully advised in the premises;

NOW, THEREFORE:

IT IS HEREBY ORDERED that Plaintiff's examining, testing and/or treating doctors, nurses and other medical personnel may discuss the Plaintiff's medical conditions and treatment with counsel for Defendant; however, the decision to do so lies with the doctors, nurses and other medical personnel and is not compelled by this order.

IT IS FURTHER ORDERED that counsel for Defendant is prohibited from using any such discussed or provided health care information for any purpose other than as a part of the present litigation.

IT IS FURTHER ORDERED that upon completion of the present litigation, counsel for Defendant shall destroy any copies of any documentary health care information received from any health care provider pursuant to this Order and any original materials shall be returned to the provider.

S/George Caram Steeh
United States District Judge

Dated: September 27, 2010