UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY HOXIE,

        Plaintiff,

vs.

Case No. 09-CV-10725

HON. GEORGE CARAM STEEH

LIVINGSTON COUNTY, et al,

        Defendants.
_____/

ORDER RESOLVING LIVINGSTON COUNTY DEFENDANTS'
MOTION FOR RECONSIDERATION [DOC. 140] AND DEFENDANT
SIMPSON'S [DOC. 142] AND LIVINGSTON COUNTY
DEFENDANTS' [DOC. 147] MOTIONS TO EXTEND DISCOVERY

This matter came before the court on Livingston County Defendants' motion for reconsideration [Doc. 140] and defendant Simpson's motion to extend discovery [Doc. 142], which was concurred in by the Livingston County defendants [Doc. 147]. The court held a conference with the parties on September 27, 2010, at which time the pending motions were resolved as follows:

Counsel for plaintiff and the Livingston County defendants will meet to review jail logs and available reports in order to identify inmate names and records to be retrieved by jail personnel.

Plaintiff's counsel agreed to forward previously subpoenaed jail records to defendants' counsel.

The parties agreed that plaintiff's counsel will examine and/or depose the jail administrative assistant in charge of maintaining records of jail policies to verify the

effective dates of such policies, as represented by Lt. Cremente in his recently filed affidavit.

The parties agreed on an amended scheduling order to accomplish additional discovery and to accommodate the filing of additional dispositive motions, culminating in a trial date of April 26, 2011.

It is so ordered.

Dated: September 27, 2010

S/George Caram Steeh  
GEORGE CARAM STEEH  
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on September 27, 2010, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk

---