UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY HOXIE,

                    Plaintiff,

                                                    Case No. 09-CV-10725

vs.

                                                    HON. GEORGE CARAM STEEH

LIVINGSTON COUNTY, et al,

                    Defendants.
_____/

ORDER GRANTING IN PART PLAINTIFF'S
MOTION FOR RECONSIDERATION [DOC. 154]


        This matter came before the court on plaintiff Gregory Hoxie's motion for

reconsideration [Doc. 154], following the status conference held in chambers on

September 27, 2010, and the follow-up order issued by the court [Doc. 153].  Plaintiff

points out that the issues raised in his fourth motion to compel and for default of the

Livingston County defendants [Doc. 113] were never addressed on the merits.

Specifically, plaintiff requests that all defendants be ordered to respond to plaintiff's

expert interrogatories and that the Livingston County defendants be ordered to produce

responses to plaintiff's fifth discovery requests served April 2010.  Defendant Dr.

Simpson responded that she was preparing supplemental answers to plaintiff's expert

interrogatories as well as supplemental answers to plaintiff's second set of discovery

requests.

        It was the court's understanding that in light of the re-opening of discovery, all

defendants had agreed to comply with plaintiff's fourth motion to compel and fifth

discovery request.  To the extent that defendants have not already complied with the

discovery requested by plaintiff, the court hereby GRANTS plaintiff's motion for

reconsideration.  All defendants are hereby ordered to respond to plaintiff's expert

interrogatories and the Livingston County defendants are ordered to produce responses

to plaintiff's fifth discovery requests served in April of 2010. At this time, the court

DENIES plaintiff's motion for default due to discovery abuses, but such motion may be

revisited at plaintiff's request.

     So ordered.

Dated:  November 22, 2010

 

S/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
November 22, 2010, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk