UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY HOXIE,

              Plaintiff,

                                           Case No. 09-CV-10725

vs.

                                           HON. GEORGE CARAM STEEH

LIVINGSTON COUNTY, et al,

              Defendants.

_____/

ORDER GRANTING LIVINGSTON COUNTY DEFENDANTS' MOTION FOR
ENLARGEMENT OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT
AND DENYING PLAINTIFF'S MOTION TO STRIKE [DOC. #s 165 AND 167]

This matter came before the court on Livingston County defendants' motion for enlargement of time to file motion for summary judgment.  Plaintiff objects to granting defendants an enlargement of time to file their dispositive motion, and has also filed a motion to strike defendants' motion for summary judgment [Doc. # 166] as untimely.  While defendants lack a persuasive excuse for missing the dispositive motion deadline, there is no prejudice to plaintiffs due to the delay.  Now, therefore,

Defendants' motion for enlargement of time to file motion for summary judgment is GRANTED.

Plaintiff's motion to strike Livingston County defendants' untimely motion for summary judgment is DENIED.

Plaintiff's response to the motion for summary judgment shall be filed 21 days from the date of this order.

So ordered.


Dated:  January 26, 2011


                                    S/George Caram Steeh
                                    GEORGE CARAM STEEH
                                    UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
January 26, 2011, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk

---