UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY J. HOXIE,

        Plaintiff(s),

Case No. 09-10725

vs.

HON. GEORGE CARAM STEEH

LIVINGSTON COUNTY, et al

        Defendant(s).
_____/

ORDER OF DISMISSAL WITHOUT PREJUDICE

On today's date the attorneys and parties of record placed a settlement agreement on the record;

This case hereby is DISMISSED WITHOUT PREJUDICE. The court retains jurisdiction to enforce the settlement and this case may be reopened, if necessary, by motion of either party without the payment of additional fees or costs. Alternatively, the parties may submit an order of dismissal with prejudice upon consummation of the settlement.

SO ORDERED.

        s/George Caram Steeh
        GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

Dated: December 1, 2011

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on
December 1, 2011 by electronic mail.

        s/Marcia Beauchemin
        Deputy Clerk